Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA  95901
(530) 743-4458

JOSEPH C. FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Milton Henry Yanes,<br><br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>    Defendant. | Civil Action No: 2:16-cv-00518-EFB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

  IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Wednesday, September 28, 2016, to file the Motion for Summary Judgment.

  IT IS HEREBY NOTED that this is plaintiff's first extension requested.

Dated:  08/29/2016                  / s / Joseph C. Fraulob
                                    Joseph C. Fraulob
                                    Attorney for Plaintiff

Dated:  08/29/2016                  / s / Ben Porter
                                    Ben Porter
                                    Special Assistant U.S. Attorney
                                    Attorney for Defendant

IT IS ORDERED.

Dated:  August 31, 2016
                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE