Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA  95901
(530) 743-4458

JOSEPH C. FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Milton Henry Yanes,<br><br>            Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>            Defendant. | Civil Action No: 2:16-cv-00518-EFB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

   IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Friday, October 28, 2016, to file the Motion for Summary Judgment.

   IT IS HEREBY NOTED that this is plaintiff's second extension requested.

Dated:  09/28/2016                         / s / Joseph C. Fraulob
                                           Joseph C. Fraulob
                                           Attorney for Plaintiff

Dated:  09/28/2016                         / s / Ben Porter
                                           Ben Porter
                                           Special Assistant U.S. Attorney
                                           Attorney for Defendant

IT IS ORDERED.

Dated:  September 29, 2016.
                                           _____
                                           U.S. Magistrate Judge